**Ellis Harley BARBER, Medicine Priest on behalf of Melissa Akers; American Indian Ministries, Plaintiffs—Appellants,**

v.

**FEDERAL BUREAU OF INVESTIGATION; Governor; Howard County, Chief, Defendants—Appellees.**

No. 09–1732.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 20, 2009.

Decided: Oct. 23, 2009.

Ellis Harley Barber, Appellant Pro Se.

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ellis Harley Barber appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Barber v. Fed. Bureau of Investigation,* No. 1:09–cv–01499–WMN (D. Md. June 19, 2009). We also deny Barber's motion for hearing and

emergency injunctive relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*